An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63125

FILED

JUN 0 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying motions to amend complaint. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to amend complaint, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____

[1]We have considered the proper person documents submitted in this matter, and we conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16677

cc: Hon. Doug Smith, District Judge
Ikemefula Charles Ibeabuchi
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk